UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINO TUFUNO,<br><br>        Plaintiff,<br><br>   v.<br><br>L. PARKER, et al.,<br><br>        Defendants. | No. 2:16-cv-2448 MCE DB P<br><br><br>ORDER |

Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of September 28, 2017. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 10) is granted; and

2. Plaintiff is granted ninety (90) days from the date of this order in which to file an amended complaint.

DATED: October 23, 2017

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/orders/prisoner-civil rights/tufo2448.36