1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    TINO TUFONO,                              No.  2:16-cv-2448 MCE DB P

12                        Plaintiff,

13           v.                                 ORDER

14    PARKER, et al.,

15                        Defendants.

16

17         Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights

18    action pursuant to 42 U.S.C. § 1983.  Plaintiff claims defendants were deliberately indifferent to

19    his safety in violation of the Eighth Amendment.  A settlement conference was held in this action

20    on August 20, 2019.  The parties reached a settlement and the terms and conditions were placed

21    on the record.  (ECF No. 42.)  The magistrate judge who presided over the settlement conference

22    ordered that dispositional documents were to be completed and filed within thirty days.

23         On October 1, 2019, counsel for defendants filed a stipulation for voluntary dismissal

24    signed by plaintiff and signed by defense counsel on behalf of Monkus, L. Parker, and J. Parker.

25    (ECF No. 43.)  That same day counsel for defendants also filed a notice of voluntary dismissal

26    signed by plaintiff consenting to the dismissal of defendant Wong.  (ECF No. 44.)  The notice is

27    signed only by plaintiff.  Accordingly, the court will direct counsel for defendants to file a

28    ////

                                                 1

stipulation signed by plaintiff and defendant Wong or to otherwise indicate on the record that all parties have consented to dismissal of this action.

IT IS HEREBY ORDERED that counsel for defendants shall file and serve a document indicating that the parties have resolved this action entirely within fourteen days of the date of this order.

Dated: October 7, 2019

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:12
DLB:1/Orders/Prisoner/Civil.Rights/tufo2448.settl